**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PHILLIP JONES, on behalf of himself and all others similarly situated, <br><br>       *Plaintiff*, <br><br> v. <br><br> FANATICS, INC.; FANATICS, LLC; FANATICS COLLECTIBLES INTERMEDIATE HOLDCO, INC.; FANATICS SPV, LLC; FANATICS HOLDINGS, INC.; MAJOR LEAGUE BASEBALL; MAJOR LEAGUE BASEBALL PROPERTIES, INC.; MAJOR LEAGUE BASEBALL PLAYERS ASSOCIATION; MLB PLAYERS, INC.; NATIONAL FOOTBALL LEAGUE; NFL PROPERTIES LLC; NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION; NFL PLAYERS, INC.; NATIONAL BASKETBALL ASSOCIATION; NBA PROPERTIES, INC.; NATIONAL BASKETBALL PLAYERS ASSOCIATION; and ONETEAM PARTNERS, LLC, <br><br>       *Defendants.* | Consolidated Case No. 1:25-cv-05776-LTS-VF <br><br> *This Document Relates to All Indirect Purchaser Actions* |

**DECLARATION OF WILLIAM V. REISS**
**IN SUPPORT OF UNOPPOSED MOTION TO APPOINT**
**INTERIM CO-LEAD COUNSEL PURSUANT TO FED. R. CIV. P. 23(g)**

I, William V. Reiss, declare as follows:

1.     I am a partner at the firm Robins Kaplan LLP ("Robins Kaplan") and counsel of record for Plaintiffs Mitchell Goldberger and Bruce Honnold in the above-referenced consolidated action.

2.      I am a member of the bar in New York. I am admitted to practice in the following federal courts: United States District Courts for the Southern and Eastern Districts of New York, United States District Court for the Eastern District of Michigan, United States District Court for the District of Columbia, and the United States Court of Appeals for the Sixth Circuit.

3.      I submit this declaration in support of the motion of Plaintiffs Phillip Jones, Mitchell Goldberger, and Bruce Honnold pursuant to Rule 23(g), for an order appointing Gregory Asciolla and DiCello Levitt LLP, William Reiss and Robins Kaplan LLP, and Christopher Micheletti and Zelle LLP Interim Co-Lead Counsel for the proposed classes of Indirect Purchaser Plaintiffs in the Indirect Purchaser Actions.

4.      A true and accurate copy of Robins Kaplan's resume is attached hereto as Exhibit A.

5.      A true and accurate copy of Robins Kaplan's pro bono brochure is attached hereto as Exhibit B.

6.      A true and accurate copy of Robins Kaplan's brochure outlining its professional suite of in-house litigation services is attached hereto as Exhibit C.

7.      A true and correct copy of the Declaration of Christopher T. Micheletti in Support of Unopposed Motion to Appoint Interim Co-Lead Counsel Pursuant to Fed. R. Civ. P. 23(g), which is being filed contemporaneously herewith in *Sean Auld et al. v. Fanatics, Inc. et al.*, Case No. 1:25-cv-06825, is attached hereto as Exhibit D.

8.      I declare under the penalty of perjury that the foregoing is true and correct. Executed on this 21st day of August 2025 in New York, New York.

<u>*By: /s/ William V. Reiss*</u>
William V. Reiss
**ROBINS KAPLAN LLP**
1325 Avenue of the Americas, Suite 2601
New York, NY 10019
Telephone: (212) 980-7400
wreiss@robinskaplan.com

*Counsel for Plaintiffs Mitchell Goldberger and Bruce Honnold*