UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PANINI AMERICA, INC.,

                                  Plaintiff,

                -against-

FANATICS, INC. et al,

                               Defendants.
-----------------------------------------------------------------X
FANATICS COLLECTIBLES TOPCO, INC.,

                               Plaintiff,

                -against-

PANINI S.P.A.,

                               Defendant.
-----------------------------------------------------------------X
PHILLIP JONES,

                               Plaintiff,

                -against-

FANATICS, INC., et al.,

                               Defendants.
-----------------------------------------------------------------X
ROBERT SCATURO, et al.,

                               Plaintiffs,

              -against-

FANATICS, INC., et al.,

                               Defendants.
-----------------------------------------------------------------X
JUSTIN NACHMAN,

                               Plaintiff,

              -against-

FANATICS, INC., et al.,

                               Defendants.
-----------------------------------------------------------------X

**23-cv-9714 (LTS) (VF)**
**23-cv-6895 (LTS) (VF)**
**25-CV-5776 (LTS) (VF)**
**25-CV-2202 (LTS) (VF)**
**25-cv-6097 (LTS) (VF)**

**<u>SCHEDULING ORDER</u>**

**VALERIE FIGUEREDO, United States Magistrate Judge.**

2

A case management conference for the related cases captioned above is hereby scheduled for **<u>Monday, October 20, 2025 at 10 a.m.</u>** in Courtroom 17-A, 500 Pearl Street, New York, New York.

**SO ORDERED.**

DATED:    New York, New York
          August 4, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge