UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PHILLIP JONES; SAAD AMER; SEAN AULD; KYLENE COMEAU; DANIEL ENRIQUEZ; CHIP FURR; GLEN GAY; MITCHELL GOLDBERGER; STAVEN HODGE; BRUCE HONNOLD; JOSEPH KELLY; ALEXANDROS KOLAZAS; TIMOTHY MCCANN JR.; RYAN MEUSE; AARON MURPHY; EDGAR NAVA; JOHN SCHOLL; and RICHARD CRAIG SMITH on behalf of themselves and all others similarly situated,

                Plaintiffs,

v.

FANATICS, INC.; FANATICS, LLC; FANATICS COLLECTIBLES INTERMEDIATE HOLDCO, INC.; FANATICS SPV, LLC; FANATICS HOLDINGS, INC.; MAJOR LEAGUE BASEBALL; MAJOR LEAGUE BASEBALL PROPERTIES, INC.; MAJOR LEAGUE BASEBALL PLAYERS ASSOCIATION; MLB PLAYERS, INC.; NATIONAL FOOTBALL LEAGUE; NFL PROPERTIES LLC; NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION; NFL PLAYERS, INC.; NATIONAL BASKETBALL ASSOCIATION; NBA PROPERTIES, INC.; NATIONAL BASKETBALL ASSOCIATION PLAYERS ASSOCIATION; and ONETEAM PARTNERS LLC,

                Defendants.

Case No. 1:25-cv-05776-LTS-VF

**ORAL ARGUMENT REQUESTED**

---

**FANATICS' MOTION TO DISMISS AMENDED CONSOLIDATED CLASS ACTION COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(B)(1) AND 12(B)(6)**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, dated January 29, 2026, and upon all the pleadings and prior proceedings in this action, the undersigned hereby moves this Court on behalf of Defendants Fanatics, Inc., Fanatics, LLC, Fanatics Collectibles Intermediate Holdco, Inc., Fanatics SPV, LLC, and Fanatics Holdings, Inc. (collectively, "Fanatics")[1] before the Honorable Laura Taylor Swain, in Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007 for an Order granting Fanatics' Motion to Dismiss the Amended Consolidated Class Action Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(b)(1) ("Motion to Dismiss").

**PLEASE TAKE FURTHER NOTICE** that Fanatics requests oral argument on its Motion to Dismiss.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 2(b)(ii) of the Individual Practices of Chief Judge Laura Taylor Swain, Fanatics has used its best efforts to resolve informally the matters raised in its Motion to Dismiss. Fanatics' efforts included serving a Rule 11 motion on Plaintiffs on December 9, 2025 related to certain false allegations contained in Plaintiffs' prior complaint; sending a letter dated December 17, 2025, to counsel for Plaintiffs, which detailed Fanatics' anticipated Motion to Dismiss and Motion to Compel Arbitration of the claims in the prior complaint; and participating in a Zoom meeting with counsel for Plaintiffs regarding such issues on December 18, 2025. Plaintiffs amended their complaint on December 22, 2025, in response to Fanatics' Rule 11 motion and letter. Fanatics then sent a letter dated January 27, 2026, to counsel for Plaintiffs, detailing the issues raised in Fanatics' instant Motion to Dismiss and its concurrently filed Motion to Compel Arbitration, and the parties held a Zoom

---

[1] Fanatics, Inc. no longer exists as a legal entity.

meeting regarding such issues on January 27, 2026. Plaintiffs did not further amend their complaint in response.

Dated: January 29, 2026                              Respectfully submitted,

By:   /s/ *Lawrence E. Buterman*
Lawrence E. Buterman
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
lawrence.buterman@lw.com

Amanda P. Reeves (admitted *pro hac vice*)
David L. Johnson (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
amanda.reeves@lw.com
david.johnson@lw.com

Christopher S. Yates (admitted *pro hac vice*)
Alicia R. Jovais (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8157
chris.yates@lw.com
alicia.jovais@lw.com

*Attorneys for Defendants Fanatics, Inc.; Fanatics, LLC; Fanatics Collectibles Intermediate Holdco, Inc.; Fanatics SPV, LLC; and Fanatics Holdings, Inc.*