UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PHILLIP JONES; SAAD AMER; SEAN AULD; KYLENE COMEAU; DANIEL ENRIQUEZ; CHIP FURR; GLEN GAY; MITCHELL GOLDBERGER; STAVEN HODGE; BRUCE HONNOLD; JOSEPH KELLY; ALEXANDROS KOLAZAS; TIMOTHY MCCANN JR.; RYAN MEUSE; AARON MURPHY; EDGAR NAVA; JOHN SCHOLL; and RICHARD CRAIG SMITH, on behalf of themselves and all others similarly situated,

                Plaintiffs,

    v.

FANATICS, INC.; FANATICS, LLC; FANATICS COLLECTIBLES INTERMEDIATE HOLDCO, INC.; FANATICS SPV, LLC; FANATICS HOLDINGS, INC.; MAJOR LEAGUE BASEBALL; MAJOR LEAGUE BASEBALL PROPERTIES, INC.; MAJOR LEAGUE BASEBALL PLAYERS ASSOCIATION; MLB PLAYERS, INC.; NATIONAL FOOTBALL LEAGUE; NFL PROPERTIES LLC; NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION; NFL PLAYERS, INC.; NATIONAL BASKETBALL ASSOCIATION; NBA PROPERTIES, INC.; NATIONAL BASKETBALL ASSOCIATION PLAYERS ASSOCIATION; AND ONETEAM PARTNERS LLC,

                Defendants.

1:25-CV-05776-LTS

---

<u>ORDER</u>

    The parties are directed to the decision in <u>Scaturo v. Fanatics</u>, No. 25-CV-5776-LTS, Docket entry no. 190 (Mar. 23, 2026), <u>also available at</u> 2026 WL 810372 (S.D.N.Y. Mar.

---

23, 2026).  Defendants are directed to file supplemental briefs **by April 15, 2026,** addressing

standing and any implications of <u>Scaturo</u> for the instant action.  Plaintiffs are directed to address

those same issues in their forthcoming opposition brief.  The briefing schedule otherwise remains

the same, as set forth in Docket Entry No. 179.


SO ORDERED.

Dated: New York, New York
           March 25, 2026


<u>/s/ Laura Taylor Swain</u>
LAURA TAYLOR SWAIN
Chief United States District Judge