**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**File Number 1:25-cv-5776-LTS-VF**

PHILLIP JONES; SAAD AMER; SEAN AULD; KYLENE COMEAU; DANIEL ENRIQUEZ; CHIP FURR; GLEN GAY; MITCHELL GOLDBERGER; STAVEN HODGE; BRUCE HONNOLD; JOSEPH KELLY; ALEXANDROS KOLAZAS; TIMOTHY MCCANN JR.; RYAN MEUSE; AARON MURPHY; EDGAR NAVA; JOHN SCHOLL; and RICHARD CRAIG SMITH, on behalf of themselves and all others similarly situated,

*Plaintiffs*,

v.

FANATICS, INC.; FANATICS, LLC; FANATICS COLLECTIBLES INTERMEDIATE HOLDCO, INC.; FANATICS SPV, LLC; FANATICS HOLDINGS, INC.; MAJOR LEAGUE BASEBALL; MAJOR LEAGUE BASEBALL PROPERTIES, INC.,; MAJOR LEAGUE BASEBALL PLAYERS ASSOCIATION; MLB PLAYERS, INC.; NATIONAL FOOTBALL LEAGUE; NFL PROPERTIES LLC; NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION; NFL PLAYERS INC.; NATIONAL BASKETBALL ASSOCIATION; NBA PROPERTIES, INC.; NATIONAL BASKETBALL PLAYERS ASSOCIATION; and ONETEAM PARTNERS, LLC,

*Defendants*.

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs Saad Amer; Sean Auld; Kylene Comeau; Daniel Enriquez; Chip Furr; Glen Gay; Bruce Honnold; Aaron Murphy; Timothy McCann, Jr.; Ryan Meuse; Edgar Nava; John Scholl; and Richard Craig Smith, on behalf of themselves and all others similarly situated, hereby appeal to the United States Court of Appeals for the Second Circuit from the final judgment dismissing this case, entered on the 1st day of October, 2026 (ECF # 210).

Dated: October 30, 2026

*/s/ Geoffrey H. Kozen*
Geoffrey H. Kozen
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
gkozen@robinskaplan.com

Jonathan Edelman (*pro hac vice*)
**ROBINS KAPLAN LLP**
800 Boylston Street, Suite 2500
Boston, MA 02199
Telephone: (617) 267-2300
jedelman@robinskaplan.com

Ellen G. Jalkut
**ROBINS KAPLAN LLP**
1325 Avenue of the Americas, Suite 2601
New York NY 10019
Telephone: (212) 980-7400
ejalkut@robinskaplan.com

*/s/ Gregory S. Asciolla*
Gregory S. Asciolla
Alexander E. Barnett
Jonathan S. Crevier
Noah L. Cozad
Corey Lipton
**DICELLO LEVITT LLP**
485 Lexington Avenue, Suite 1001
New York, NY 10017
Telephone: (646) 933-1000
gasciolla@dicellolevitt.com
abarnett@dicellolevitt.com
jcrevier@dicellolevitt.com
ncozad@dicellolevitt.com
clipton@dicellolevitt.com

*/s/ Christopher T. Micheletti*
Christopher T. Micheletti (*pro hac vice*)
Qianwei Fu (*pro hac vice*)
**ZELLE LP**
555 12th Street, Suite 1230
Oakland, CA 94607
Telephone: (415) 693-0700
cmicheletti@zellelaw.com
qfu@zellelaw.com

Alexander Walker Cogbill
**ZELLE LP**
45 Broadway
Suite 920
New York, NY 10006
646-876-4420
Email: acogbill@zellelaw.com

*Interim Co-lead Counsel for Plaintiffs and Members of the Class*

*/s/ Joshua J. Rissman*
Joshua J. Rissman (*pro hac vice*)
Michael J. Warkel (*pro hac vice*)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 So. Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
jrissman@gustafsongluek.com
mwarkel@gustafsongluek.com

*Additional Counsel for Plaintiffs and members of the Classes*